DOMINY (MAGRITZ), Appellant, vs. SCANDRETT and others, as Trustees of Chicago, Milwaukee, St. Paul & Pacific Railroad Company, Respondents.

For the appellant: *Rubin, Zabel & Ruppa,* attorneys, and *Wm. B. Rubin* of counsel, all of Milwaukee.

For the respondents: *Bender, Trump & McIntyre,* attorneys, and *Rodger S. Trump* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

WILL OF WETTSTEIN: WETTSTEIN, Appellant, vs. COSTER and another, Respondents.

For the appellant: *Lees, Bunge & Fuller* of La Crosse.

For the respondents: *Steele, Mau & Toepel* of La Crosse.

*By the Court.*—Order affirmed.

*February 10, 1942.*

STRAUSS, Respondent, vs. HOWDIN DISTILLED PRODUCTS, INC., and others, Appellants.

For the appellants: *Marshall J. Palakow,* attorney, and *E. G. Wurster* of counsel, both of Milwaukee.

For the respondent: *Olsen & Barr* of Milwaukee.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on February 10, 1942.